Laura K. Granier (SBN 7357)
lgranier@lionelsawyer.com
Courtney Miller O'Mara (SBN 10683)
comara@lionelsawyer.com
LIONEL SAWYER & COLLINS
1100 Bank of America Plaza
50 West Liberty Street
Reno, Nevada 89501
(775) 788-8666 (Telephone)
(775) 788-8682 (Fax)

Attorneys for Creditor
Utilities, Inc. of Central Nevada

**Electronically Filed November 9, 2012**

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

In re:

CALDERA P & G

Debtor.

Case No.: 12-22484-btb
Chapter 11

**DECLARATION OF WENDOLYN S.W. BARNETT IN SUPPORT OF UTILITIES, INC. OF CENTRAL NEVADA'S RESPONSE IN SUPPORT OF DEBTOR'S MOTION TO APPOINT A TRUSTEE**

Hearing date: November 13, 2012
Hearing time: 11:00 AM

WENDOLYN S. W. BARNETT, being first duly sworn under oath, deposes and says:

1. I am the Regional Director, West, for Utilities, Inc. of Central Nevada ("UICN"). I make this declaration in support of UICN's Response In Support Of Debtor's Motion To Appoint A Trustee. The matters set forth in this declaration are based on my own personal knowledge. If called upon to testify, I am competent to testify as to the matters set forth herein.

2. The Debtor in this case is the owner of the Willow Creek Golf Course in Pahrump, Nevada.

3. UICN's Waste Water Treatment Plant Number 3 ("WWTP 3") borders the Willow Creek Golf Course.

4. UICN depends upon the Willow Creek Golf Course's use, distribution and storage

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1100 BANK OF AMERICA PLAZA
50 WEST LIBERTY ST.
RENO,
NEVADA 89501
(775) 788-8666

of the effluent to operate WWTP 3 which discharges approximately 600,000 gallons of effluent each day in order for UICN to provide service to over 2,000 customers in Pahrump including the local hospital.

5. For several years, UICN has been involved in litigation with Mr. Jim Scott and his various entities including Caldera P&G regarding the interpretation and enforcement of Tri-Partite Agreement.

6. The golf course irrigation and distribution of this effluent requires active management by personnel familiar with operation of the irrigation system at Willow Creek. According to testimony provided by Jim Scott on Wednesday, November 7, 2012 in the Nevada District Court in and for Nye County, the individual responsible for doing this will no longer be employed to continue his work at the golf course after today, November 9, 2012. This leaves me extremely concerned that no one will be monitoring the water levels at the Willow Creek Golf Course ponds or ensuring continuous use and distribution of the effluent. If that occurs, the ponds could overflow and, among other things, flood nearby homes.

7. Although Debtor does not operate the Willow Creek property as a golf course, UICN continues to use the ponds to store treated effluent. If the effluent is not used for irrigation at Willow Creek and circulated from the receiving ponds to the other storage ponds, the ponds will overflow and cause a human health emergency. Further, if UICN cannot discharge its treated effluent to the Willow Creek Golf Course (if the ponds are too full) then it could be forced to suspend service to its more than 2,000 customers in Pahrump, which include schools and the local hospital.

8. Caldera P&G's failure to remediate the golf course ponds as required under order of the State District Court of Nevada has created a health and public safety hazard.

I declare under penalty of perjury under the laws of the State of Nevada that the

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1100 BANK OF AMERICA PLAZA
50 West Liberty Street
RENO,
NEVADA 89501
(775) 788-8666

foregoing is true and correct and was executed this 9th day of November, 2012.

*Wendolyn S. W. Barnett*
WENDOLYN S. W. BARNETT

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1100 BANK OF AMERICA PLAZA
50 West Liberty Street
RENO,
NEVADA 89501
(775) 788-8666