ROBERT E. ATKINSON, ESQ.
Nevada Bar No. 9958
Email: robert@nv-lawfirm.com
**KUPPERLIN LAW GROUP, LLC**
8965 S Eastern Ave, Suite 350
Las Vegas, NV 89123
Telephone: (702) 614-0600
Facsimile: (702) 614-0647
*[Proposed] Attorney for Chapter 11 Trustee*

E-FILED: December 26, 2012

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

CALDERA P & G,

Debtor.

Case No. 12-22484-lbr
Chapter 11

**DECLARATION OF ROBERT ATKINSON, ESQ. IN SUPPORT OF EX PARTE APPLICATION TO EMPLOY COUNSEL**

Hearing Date:    N/A
Hearing Time:    N/A

I declare under penalty of perjury that the assertions of this statement are true and correct to the best of my information, knowledge and belief:

1. I am an attorney licensed to practice in Nevada, and am the sole member of Kupperlin Law Group, LLC (the "Firm").

2. I personally inspected the Debtor's petition, corporate ownership statement, and creditor mailing matrix, and performed a conflicts check.

3. The Firm does not hold or represent an interest adverse to the Debtor's estate, and is a disinterested person as defined in 11 U.S.C. §101(14) in that the Firm:

    a) Is not a creditor, an equity security holder, or an insider of the Debtor;

    b) Is not and was not, within 2 years before the date of the filing of the petition, a director, officer, or employee of the debtor;

c) Does not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason.

4. As a matter of full disclosure, <u>in unrelated bankruptcy cases</u> the Firm and its attorneys have historically: (i) represented debtors in which the Trustee happened to be the court-appointed panel trustee for that case, and (ii) in yet other cases, represented the Trustee as his attorney for those cases. However, because these other cases are, to the best of my knowledge, unrelated to this present above-captioned bankruptcy case, the Firm does not hold any interest materially adverse to the interest of the estate in this case.

5. Subject to Court approval and in accordance with 11 U.S.C. §§330(a) and 331, the Firm will seek payment for compensation on the following fee structure: $400 for attorneys, $260 for paraprofessionals (employees who have a J.D. degree but are not yet licensed in Nevada), and $120/hour for paralegals.

6. The Firm will also seek reimbursement of actual, necessary expenses. The Firm's standard policy regarding expenses is to charge its clients for expenses incurred in connection with the client's case, at no markup. These expenses and charges include mail and express mail charges, hand delivery, overnight delivery, and other runner/delivery charges, out-of-town travel expenses (if necessary), transcription costs, photocopying charges, and court filing fees.

I declare under penalty of perjury that the foregoing is true and correct.

DATED 12/26/12

Robert Atkinson, Esq.
Nevada Bar No. 9958

-2-