Laura K. Granier (SBN 7357)
*lgranier@lionelsawyer.com*
Courtney Miller O'Mara (SBN 10683)
*comara@lionelsawyer.com*
**LIONEL SAWYER & COLLINS**
1100 Bank of America Plaza
50 West Liberty Street
Reno, Nevada 89501
Telephone: 702-788-8666
Facsimile: 702-788-8682

*Attorneys for Utilities, Inc. of Central Nevada*

**Electronically Filed: February 14, 2013**

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>CALDERA P & G,<br><br>    Debtor. | Case No.: 12-22484-LBR<br>Chapter 11<br><br>**DECLARATION OF WENDOLYN S.W. BARNETT IN SUPPORT OF MOTION FOR ORDER COMPELLING DEBTOR TO PERFORM COURT ORDERED ENVIRONMENTAL REMEDIATION OR, IN THE ALTERNATIVE, MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>Hearing Date:  March 14, 2013<br>Hearing Time:  10:00 AM<br>Courtroom:       1 |

I, Wendolyn S.W. Barnett, declare:

1. I am presently employed as the Western Regional Director for Utilities, Inc. which is the parent company of Utilities Inc., of Central Nevada ("UICN"). I have personal knowledge of the following facts, and, if called as a witness, I could and would testify competently thereto. I submit this declaration in support of UICN's Motion For Order Compelling Debtor To Perform Court Ordered Environmental Remediation Or, In The Alternative, Motion For Relief From The Automatic Stay.

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

2.      Since the November 7, 2013 contempt proceedings in State Court, Debtor has still not made any progress in remediation of the ponds. The conditions at the ponds remain unchanged. Indeed, at pond 9a the following conditions persist: the pond liners remain ripped, the water level is periodically low, there is an offensive odor, there is debris in the ponds, debris such as tumbleweeds and trash is frequently around the pond, and significant sediment remains in the bottom of the pond. Many of these problems plague the other ponds as well.

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

Dated: February 14, 2013.

*Wendolyn S. W. Barnett* (signature)

Wendolyn S. W. Barnett

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

2