**Matthew Q. Callister, Esq.**  E-FILED: 2/22/13
Nevada Bar No. 001396
**Thomas N. Beckom, Esq**
Nevada Bar No. 12554
823 Las Vegas Blvd., South, Suite 500
Las Vegas, NV 89101
Telephone: (702) 385-3343
Facsimile: (702) 385-2899
E-Mail: mqc@call-law.com
Attorney for Debtor, *Caldera P & G*

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| In re: | Case No. 12-22484-lbr |
|---|---|
| CALDERA P & G, | Chapter 11 |
| Debtor. | Hearing date: N/A<br>Time: N/A |

### DECLARATION OF JAMES SCOTT

STATE OF NEVADA         )
                        ) ss.
COUNTY OF CLARK         )

JAMES SCOTT, being first duly sworn, deposes and says:

1. My name is JAMES SCOTT. I am over the age of 18 years, of sound mind, and personally acquainted with the facts stated in this affidavit.

2. I am the president of the debtor currently named in the Bankruptcy action before the District of Nevada Case 12-22484-lbr.

3. On January 28, 2013 and January 31, 2013 the Schedules for the Caldera P & G Bankruptcy Case were amended.

4. I had previously reviewed and signed the schedules prior to the filing on January 28, 2013 and January 31, 2013.

5. I had given the law firm of Callister + Associates, my consent for the filing of these amendments.

***FURTHER YOUR DECLARANT SAYETH NAUGHT.***

JAMES SCOTT

2/22/13

SHAYNA ORTEGA-ROSE
Notary Public, State of Nevada
Appointment No. 01-70997-1
My Appt. Expires Sep 26, 2013