Electronically Filed: March 22, 2013

**LIONEL SAWYER & COLLINS**
Laura K. Granier, NBN 7357
lgranier@lionelsawyer.com
Courtney Miller O'Mara, NBN 10683
mcouvillier@lionelsawyer.com
Ryan A. Andersen, NBN 12321
randersen@lionelswyer.com
300 South Fourth Street, Suite 1700
Las Vegas, Nevada 89101
Telephone: 702-383-8888
Facsimile: 702-383-8845

*Attorneys for Utilities, Inc. of Central Nevada*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>CALDERA P&G,<br><br>Debtor. | Case No.: 12-22484-LBR<br>Chapter 11<br><br>**DECLARATION OF WENDOLYN S. W. BARNETT IN SUPPORT OF EMERGENCY REQUEST FOR STATUS CONFERENCE**<br><br>Hearing Date: TBD<br>Hearing Time: TBD<br>Courtroom:   TBD |

I, Wendolyn S. W. Barnett, hereby state as follows under penalty of perjury:

1. I am over the age of 18 and mentally competent.

2. I make this declaration in support of the *Emergency Request for Status Conference*, filed by Utilities, Inc. of Central Nevada ("**UICN**") in the above-captioned bankruptcy case.

3. I am the Western Regional Director for UICN.

4. I have personal knowledge of the facts stated herein, and, if called to upon to testify, I could and would do so.

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

5. I have reviewed the factual statements contained in the *Emergency Request for Status Conference*, and I hereby affirm the accuracy and truthfulness of the same.

6. Particularly, if the Trustee does not continue to perform required maintenance at the ponds located at the Willow Creek Golf Course, the storage ponds will overflow, resulting in severe environmental harm, and the inability of UICN to guarantee service to its 2,700 customers, including Pahrump's hospital.

7. Currently, UICN discharges approximately 600,000 gallons of effluent per day, and the storage ponds and their maintenance are critical to UICN's operations.

8. If the ponds are not maintained, they will overflow within 24 to 48 hours.

9. This is truly an emergency, and a status conference is required without delay, to avoid the irreparable harm that will if the Trustee does not maintain the storage ponds as he is required to do.

Executed on this 22nd day of March, 2013.

_____
Wendolyn S. W. Barnett

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888