UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re: CALDERA P & G

Case No. 12-22484

CHAPTER 11
MONTHLY OPERATING REPORT
(SMALL REAL ESTATE/INDIVIDUAL CASE)

## SUMMARY OF FINANCIAL STATUS

MONTH ENDED: 12/31/12         PETITION DATE: 11/06/12

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
Dollars reported in $1

| 2. Asset and Liability Structure | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|
| a. Current Assets | $0 | $0 | |
| b. Total Assets | Unknown | Unknown | Unknown |
| c. Current Liabilities | $0 | $0 | |
| d. Total Liabilities | $4,320,930 | $4,320,930 | $4,320,930 |

| 3. Statement of Cash Receipts & Disbursements for Month | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| a. Total Receipts | $1,000 | $0 | $1,000 |
| b. Total Disbursements | $0 | $0 | $0 |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $1,000 | $0 | $1,000 |
| d. Cash Balance Beginning of Month | $0 | $0 | $0 |
| e. Cash Balance End of Month (c + d) | $1,000 | $0 | $1,000 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 4. Profit/(Loss) from the Statement of Operations | N/A | N/A | N/A |
| 5. Account Receivables (Pre and Post Petition) | $0 | $0 | |
| 6. Post-Petition Liabilities | $0 | $0 | |
| 7. Past Due Post-Petition Account Payables (over 30 days) | $0 | $0 | |

| At the end of this reporting month: | Yes | No |
|---|---|---|
| 8. Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 9. Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 10. If the answer is yes to 8 or 9, were all such payments approved by the court? | | |
| 11. Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | X |
| 12. Is the estate insured for replacement cost of assets and for general liability? | X | |
| 13. Are a plan and disclosure statement on file? | | X |
| 14. Was there any post-petition borrowing during this reporting period? | | X |

15. Check if paid: Post-petition taxes ___X___ ; U.S. Trustee Quarterly Fees ___X___ ; Check if filing is current for: Post-petition tax reporting and tax returns: ___X___ .
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: 5-17-13

Responsible Individual

Revised 1/98

**BALANCE SHEET**
(Small Real Estate/Individual Case)
For the Month Ended   12/31/12

| | Assets | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents (including bank accts., CDs, ets.) | | |
| 2 | Accounts receivable (net) | | |
| 3 | Retainer(s) paid to professionals | | |
| 4 | Other:  Various claims and credits | | Unknown |
| 5 | | | |
| 6 | **Total Current Assets** | | $0 |
| | **Long Term Assets (Market Value)** | | |
| 7 | Real Property (residential) | | |
| 8 | Real property (rental or commercial) | | Unknown |
| 9 | Furniture, Fixtures, and Equipment | | |
| 10 | Vehicles | | Unknown |
| 11 | Partnership interests | | |
| 12 | Interest in corporations | | Unknown |
| 13 | Stocks and bonds | | |
| 14 | Interests in IRA, Keogh, other retirement plans | | |
| 15 | Other:  Note receivable | | Unknown |
| 16 | Schofield FGU | | Unknown |
| 17 | **Total Long Term Assets** | | $0 |
| 18 | **Total Assets** | | $0 |
| | **Liabilities** | | |
| | **Post-Petition Liabilities** | | |
| | **Current Liabilities** | | |
| 19 | Post-petition not delinquent (under 30 days) | | |
| 20 | Post-petition delinquent other than taxes (over 30 days) | | |
| 21 | Post-petition delinquent taxes | | |
| 22 | Accrued professional fees | | |
| 23 | Other: | | |
| 24 | | | |
| 25 | **Total Current Liabilities** | | $0 |
| 26 | **Long-Term Post Petition Debt** | | |
| 27 | **Total Post-Petition Liabilities** | | $0 |
| | **Pre-Petition Liabilities (allowed amount)** | | |
| 28 | Secured claims (residence) | | |
| 29 | Secured claims (other) | | $2,274,237 |
| 30 | Priority unsecured claims | | $20,014 |
| 31 | General unsecured claims | | $2,026,679 |
| 32 | **Total Pre-Petition Liabilities** | | $4,320,930 |
| 33 | **Total Liabilities** | | $4,320,930 |
| | **Equity (Deficit)** | | |
| 34 | **Total Equity (Deficit)** | | $0 |
| 35 | **Total Liabilities and Equity (Deficit)** | | $4,320,930 |

NOTE:
Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

Revised 1/1/98

# SCHEDULES TO THE BALANCE SHEET

### Schedule A
### Rental Income Information

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

|    |                                  | **Property 1** | **Property 2** | **Property 3** |
|----|----------------------------------|---------------|---------------|---------------|
| 1  | **Description of Property**      |               |               |               |
| 2  | **Scheduled Gross Rents**        |               |               |               |
|    | **Less:**                        |               |               |               |
| 3  | Vacancy Factor                   |               |               |               |
| 4  | Free Rent Incentives             |               |               |               |
| 5  | Other Adjustments                |               |               |               |
| 6  | **Total Deductions**             | $0            | $0            | $0            |
| 7  | **Scheduled Net Rents**          | $0            | $0            | $0            |
| 8  | **Less: Rents Receivable (2)**   |               |               |               |
| 9  | **Scheduled Net Rents Collected (2)** | $0       | $0            | $0            |

(2) To be completed by cash basis reporters only.

### Schedule B
### Recapitulation of Funds Held at End of Month

|     |                                      | **Account 1**    | **Account 2** | **Account 3** |
|-----|--------------------------------------|------------------|---------------|---------------|
| 10  | **Bank**                             | Rabobank, N.A.   |               |               |
| 11  | **Account No.**                      | ***8466          |               |               |
| 12  | **Account Purpose**                  | Trustee Account  |               |               |
| 13  | **Balance, End of Month**            | $1,000           |               |               |
| 14  | **Total Funds on Hand for all Accounts** | $1,000       |               |               |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
**Increase/(Decrease) in Cash and Cash Equivalents**
**For the Month Ended** 12/31/12

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | $1,000 | $1,000 |
| 2 | Cash Received from Sales | | |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | **Total Cash Receipts** | $1,000 | $1,000 |
| | **Cash Disbursements*** | | |
| 13 | Selling | | |
| 14 | Administrative | | |
| 15 | Capital Expenditures | | |
| 16 | Principal Payments on Debt | | |
| 17 | Interest Paid | | |
| | Rent/Lease: | | |
| 18 | Personal Property | | |
| 19 | Real Property | | |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 | Salaries | | |
| 21 | Draws | | |
| 22 | Commissions/Royalties | | |
| 23 | Expense Reimbursements | | |
| 24 | Other | | |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees | | |
| | Taxes: | | |
| 27 | Employee Withholding | | |
| 28 | Employer Payroll Taxes | | |
| 29 | Real Property Taxes | | |
| 30 | Other Taxes | | |
| 31 | Other Cash Outflows: | | |
| 32 | | | |
| 33 | | | |
| 34 | | | |
| 35 | | | |
| 36 | | | |
| 37 | **Total Cash Disbursements:*** | $0 | $0 |
| 38 | **Net Increase (Decrease) in Cash** | $1,000 | $1,000 |
| 39 | **Cash Balance, Beginning of Period** | $0 | $0 |
| 40 | **Cash Balance, End of Period** | $1,000 | $1,000 |

* Excludes funds expended by Trustee, which will be submitted via a separate motion for administrative expenses.

Revised 1/1/98