Laura K. Granier, NBN 7357
*lgranier@lionelsawyer.com*
Ryan A. Andersen, NBN 12321
*randersen@lionelsawyer.com*
**LIONEL SAWYER & COLLINS**
1100 Bank of America Plaza
50 West Liberty Street
Reno, Nevada 89501
Telephone: 702-788-8666
Facsimile: 702-788-8682

**Electronically Filed: August 6, 2013**

*Attorneys for Utilities, Inc. of Central Nevada*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>CALDERA P&G,<br><br>       Debtor. | Case No.: 12-22484-LBR<br>Chapter 11<br><br>**DECLARATION OF WENDOLYN S.W. BARNETT IN SUPPORT OF UTILITIES, INC. OF CENTRAL NEVADA'S RESPONSE TO NYE COUNTY'S OPPOSITION TO MOTION TO MODIFY PLAN**<br><br>Hearing Date:  August 7, 2013<br>Hearing Time:  2:30 PM<br>Courtroom:     1 |

WENDOLYN S.W. BARNETT, being first duly sworn under oath, deposes and says:

1.     I make this declaration in support of Utilities, Inc. of Central Nevada's ("UICN") Response to Nye County's Opposition to Motion to Modify Plan.   The matters set forth in this declaration are based on my own personal knowledge.  If called upon to testify, I am competent to testify as to the matters set forth herein.

2.     I am a Regional Director of Utilities, Inc., the parent company of UICN.

3.     UICN's primary concern in this proceeding is the continued reliable sanitary sewer service provided by Wastewater Treatment Plant 3 ("WWTP 3") to more than 2,700

customers including the local hospital and the downtown area including restaurants, dialysis facilities and other medical facilities.  This service requires immediate resolution of the badly needed remediation of the Willow Creek ponds and UICN's continued use of the entire Willow Creek property for management of treated effluent discharged from WWTP 3.  We seek to do this at the lowest financial impact to our customers.   We have worked in good faith with the trustee and, we believed, Nye County since March 1, 2013 to bring this resolution to fruition. We have been met with silence and inaction from Nye County and just yesterday the unfounded allegation by Nye County that UICN has acted in bad faith which is false.  Neither UICN, the trustee, Lakeview Golf Course, nor the Pahrump community can withstand any further delay of this proceeding or resolution of these critical public health and safety issues.

4.    The following is my recollection of the chronology of events related to this matter.

5.    On March 1, 2013, UICN, the Trustee and Nye County met to discuss how we could cooperatively find a solution to the bankrupt Willow Creek property which the owner left as a clear and present danger to the community of Pahrump subject to the necessary approvals of the bankruptcy court and the governing bodies which regulate counties and private utilities. Present for Nye County were Pamela Webster, County Manager, Daryl Lacy, Director of Community Development, and Brian Kunzi, District Attorney.  Present for UICN were Wendy Barnett, Regional Director and Laura Granier of Lionel, Sawyer and Collins, counsel for UICN. Present for the trustee were the trustee, Joe Atkins (who appeared telephonically and was not present the entire time) and Robert Atkinson, counsel for the trustee.

6.    The County first wanted clear title to the north portion of the former golf course property for flood control.  (Lots designated as 1, 2, 3 and 4)  UICN was not willing to provide

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

ownership of the land for multiple reasons and discussions turned to a permanent easement. UICN suggested that in addition to the north parcels, Nye County may also want an easement over the southwest corner parcels which are across the street from the High School. (Lots designated as 11 and 12) The school district in Nye County has had budget struggles, and UICN has had discussions with the School District about how to mitigate the cost of water to the schools. This corner of the property could be, at a later time, perhaps be converted to ball fields and receive the benefit of the irrigation water (treated effluent) obligated to the land through the Tripartite Agreement.

7.    With this premise the discussion then centered on the lien holder, Mr. Zucaro and how his debt could be reasonably addressed. The former golf course property has a club house located on a 9 acre parcel. In February 2008, Nye County approved it to be zoned for a casino/hotel/resort. UICN offered to let the pro rata share of water rights appurtenant to the golf course remain with the nine acres and support future service from UICN based on acreage and the County offered to support the zoning to return to commercial. These submissions by the parties would provide a much greater value to the property.

8.    Maintenance of the Willow Creek Property was (and is) a big concern for all parties. The property was not only left in a state of horrid disrepair, there are potential health hazards to the community. Necessary repairs to the irrigation system have not yet been quantified. Indeed, the parties didn't even understand how the irrigation system worked and did not even have maps of the onsite infrastructure. Daryl Lacy said that he would arrange a site tour with the person currently operating the irrigation and pond systems. UICN understood and agreed that the remediation of the receiving pond and two over flow ponds would be the responsibility of the utility if the plan received all necessary approvals. It is believed that once

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

3

those three ponds are remediated that the other ponds will need little if any work. (In addition, there is clean up of the land - not landscaping - which needs to be done for safety reasons; and, the pump houses and pumps need improvements to ensure operation and safety.)  I understand from Fire Chief Lewis many fires have been started on the property.

9.      I believe an honest effort was made by the parties to address the maintenance issues in a cooperative spirit.  There are seven ponds which are actively storing water (and several dry ponds).  Two the ponds reside on the proposed Nye County easement.  Four ponds reside on the remainder of the property which I understood would be under UICN's province, including the three ponds which need remediation.  Each party further agreed that ongoing maintenance of the land and irrigation system would be shared between the County and UICN. It was further agreed, at my suggestion, that UICN would pay the electrical costs to move the water and irrigate the 160 acres, and the County would pay the labor to make that happen.

10.     All parties were in agreement that contractual obligation between Lakeview Executive Golf Course (Lakeview) and the Willow Creek Golf Course (WCGC) to provide Lakeview with up to 425,000 gallons per day should remain intact to protect Lakeview.  It was further agreed that the Tripartite Agreement should remain in place, which among other things, requires the treated effluent from UICN's Wastewater Treatment Plant 3 (WWTP 3) to be for the benefit of the 160 acres.  (Mr. Zucarro's proposed 9 acres would no longer be a part of the Tripartite property.)

11.     The Tripartite Agreement and providing Mr. Zucaro with a pro rata share of water rights appurtenant to the land were the only discussions regarding water rights which occurred on March 1, 2013 as the County, trustee and UICN worked through how to resolve an issue created by the owner of the property to the detriment of all of us and the community of Pahrump.  All

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

4

parties were in agreement, in order to expedite the immediate needs of the parties (including the community), the first step was to get control of the property through an approved plan in bankruptcy, remediate the health and safety hazards, protect WWTP 3, and protect Lakeview's interests. We would then, as part of "Phase II" need to work together to make plans for the property for the future. County access to grants for parkland development were discussed. UICN's desire to create water conservation demonstration gardens were discussed. Ball fields were discussed. The schools needs were discussed. But, all of those discussions and ideas were recognized as being potential future plans worked out cooperatively together once Nye County and UICN had control of the property and remediated the immediate and essential needs for the community.

12.     The County was concerned that WWTP 3 does not produce enough effluent in the summer for all the acreage involved. This is true. If the County were to create parks and ball fields, what assurance could there be that the County could reasonably afford the rates. For a private utility such as UICN, rates are set by the Public Utilities Commission of Nevada (PUCN). I replied to the County's concerns that I believed that there was a reasonable and credible approach with the PUCN as supplemental water is needed for the effluent management plan and to assure that pond levels were such that the water would stay healthy and not become stagnant and a potential danger to this community ever again.

13.     It appears the County is now seeking control of UICN's water rights and UICN's Well 10 to get free groundwater for the easement area. UICN's Well 10 is an irrigation well dedicated to UICN's service at the Willow Creek property. I believed then and still believe that it is an essential component of the effluent management plan for the continued operations of WWTP 3. This makes it reasonable that the irrigation water could be considered as a part of the

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

5

effluent management plan and may be used as an asset to UICN's customers rather than as a commodity to have a rate assessed based on the cost of service. However, I cannot promise Nye County free groundwater; UICN is a regulated utility. The parties agreed that this was a bigger issue than could not be solved in the initial stage of getting the property out of bankruptcy. The immediate need is to remediate the three unhealthy ponds and to protect the operations of WWTP 3.

14. As a part of this dialogue, a historical discussion was raised. The County had previously requested that I petition the PUCN during a rate case to get a better rate for the County for a central piece of Nye County administration land for irrigation. I did so. The County neither intervened in the proceeding to make official statements on their desire for the rate nor filed comments. I was not successful without their support. Rates are set by Cost of Service Studies and providing rates lower than indicated by the Cost of Service Study at the expense of other rate payers is not sanctioned by the PUCN in my experience. (I have testified and been a party to over 15 dockets before the PUCN.) To get a rate outside of a Cost of Service Study would take support of the plan beyond the utility's efforts. District Attorney Kunzi said that he understood, and that he understands the PUCN process. With that the parties in the March 1, 2013 meeting agreed this was not an issue to be addressed at this time but something for future "Phase II" discussions.

15. UICN, its ratepayers and this community all have suffered great litigation and expense to address the baseless allegations and misconduct of the former golf course owner Jim Scott. UICN does not wish to keep litigating but instead has worked cooperatively to find a solution for its ratepayers and the community. The issue of the defunct Willow Creek Golf Course left unmaintained until it created a clear and present danger to our community was found

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

6

to be fault of the golf course owner, Jim Scott.[1]  The wrongdoing against UICN and the community of Pahrump were so grievous and UICN was awarded all damages for expenditures in defending themselves and Jim Scott was jailed for repeatedly violating a court order through his refusal to remediate the ponds.  There is little chance of gleaning further payment of damages with all of the Jim Scott entities associated with WCGC and Jim Scott in bankruptcy.  Therefore, UICN has sought to gain something useful to our ratepayers and the community through this bankruptcy proceeding.  UICN's primary concern is the continued operations of WWTP 3 to the benefit of our ratepayers and the community.

16.    I left that meeting with a spirit that UICN and Nye County were jointly and cooperatively going to work together to the benefit of the community:  WWTP 3 operations, flood control, groundwater recharge, parks, help the school district, promote water conservation and protect our natural resources.  I was also relieved that something positive was finally happening after all the years of litigation surrounding the property since the golf course closed its doors in October of 2008.

17.    Since that time, I have worked with Valentine Engineering (engineers), Harrington Planning and Design (landscape architects), Terry Redmon (CPA), and Lionel Sawyer and Collins (attorneys) to put together the filing to seek regulatory approval of the plan from the PUCN.  I have had conversations with Joe Maez and Cliff Lawson at the Nevada Division of Environmental Protection (NDEP).  Valentine Engineering has also spoken with NDEP as UICN needs their approval of the plan for the remediation of the ponds and the change to UICN's Plant 3 Discharge Permit.

---

[1] "(T)he undisputed facts establish that the public nuisance was created by Ashland." Sept. 11, 2009 Preliminary Injunction  (Jim Scott owned the property under different legal entities including Ashland and Caldera).  *See* Ex. 3 to Granier Declaration (Dkt. 26).

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

7

18.   The UICN staff has also had discussions with Lakeview Golf Course, the current operator of the properties irrigation system, and some of the residents surrounding the property who are naturally quite concerned.  I have formed a group, whom I call Pahrump Stakeholders to provide input to the utility for longer range plans for the property which will be presented to the PUCN.  These members include Pahrump Realtor/Developer Russ Meads, Assemblyman James Oscarson, County Commissioner Frank Carbone, Willow Creek residents Carol and Richard Cantino, Pahrump Town Board Member Tom Waters, Cameron McRae of the Nye County School District and Lakeview Association member, Town Manager Susan Holecheck, and Fire Chief Scott Lewis.  Daryl Lacy of the County accepted the invitation to the Pahrump Stakholders meeting and then declined.  I spoke with County Manager Pam Webster and Assistant County Manager Joni Eastley about representation for County staff for the committee; but after several months of trying, I still do not have a County staff member.  The first meeting was August 1st with the second meeting scheduled for August 15th.

19.   On June 27, 2013, UICN along with representatives from Valentine Engineering, Lionel Sawyer and Collins and Terry Redmon had a required pre-filing meeting PUCN Regulatory Operations Staff and the Bureau of Consumer Protection.  At this meeting, options for remediating the pond were discussed.  (Attached as **Exhibit 1** are true and correct copies of documents from the meeting.)  In addition to UICN's agenda for the meeting, UICN also discussed with the parties the bankruptcy proceeding and the need for transparency with the community for this project.  UICN requested that this docket contain a formal Consumer Session.  In fact, I personally spoke with Chairman Burtenshaw and Edmund Quaglieri, Water Engineer, at the PUCN asking for their support of my request for a Consumer Session.

20.   Many meetings and much work has been done before and since that time.  There

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

8

was much to learn about the property's irrigation system for which we did not even have a map much less the knowledge of how it is operated and the condition it is in. Early in June, UICN discovered that there was a third pump station located on the proposed County Easement. I immediately notified Pam Webster, but the County has not provided opportunity to discuss how this should be handled. On June 4, UICN did their first site tour with Valentine Engineering with several following.

21.     Although I had made several attempts to communicate with the County, calls were not returned the majority of the time and none of the offers to meet were accepted except one on April 5th. At the April 5th meeting, I had asked to meet with Pam Webster alone and informally. I had concerns that a month had gone by with no word from the County. She arrived with Daryl Lacy and the conversation was very informal and not about the Willow Creek property other than to say that if the Willow Creek property transferred happened that UICN should do "something big" to help with the PR. I inquired as to what she meant and she did not elaborate. I continued working on the plan and assumed that County was as well.

22.     On June 11, I learned from UICN's legal counsel that the County had issues with the draft agreement presented to them on April 11 and then again in May. I heard that their primary concern was regarding water rights which didn't make sense to me. The water rights which belong to UICN are appurtenant to the land to support service provided by UICN regardless of land ownership or easements. This was not brought up as an issue during our March 1st meeting. I reached out to Pam Webster, who told me that she was surprised there was an issue. The County's and UICN's counsels were able to come to a mutual understanding and I understood it to be settled through emails between Ms. Granier and Mr. Kunzi on June 13.

23.     The most recent site visit was on July 18th. This was an extremely productive

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

9

meeting. Valentine Engineering, Harrington Planning and Design, the operator of the irrigation system for the golf course, Richard Cantino, Lakeview and UICN were present. The County was notified but was not present. Daryl Lacy did call me and say he could provide UICN with maps of the golf course which Richard Cantino had provided to the County. UICN picked up the maps of the irrigation system that day from the County. Discussions continued at the UICN office in the afternoon with Lakeview or Mr. Cantino. We learned a great deal about the irrigation system. It would appear that the irrigation in the best condition is on the initially proposed County Easement. Much of the irrigation system on the UICN province hasn't been used for years. We learned how the water moves through the property. We also received updates from the engineer and landscape expert, that the Phase I costs to remediate the ponds, fix the pump houses and cleanup the land is estimated to cost $1,000,000 versus the half million dollars originally estimated. (The costs are dependent upon the pond remediation alternative approved by the PUCN and NDEP.) This is the least expensive alternative. Ongoing operations and maintenance costs for UICN with the bankruptcy plan in place is estimated $95,799 annually. Without the County, the ongoing operations and maintenance costs are estimate at $168,258. Notwithstanding that the costs to UICN of the proposed path forward are significantly more than originally anticipated, UICN is willing to go forward still but not with the material change in terms mandated recently by Nye County.

24.     UICN's utmost concern is the continued operations of WWTP 3 to the benefit of the UICN ratepayers and the community – including the operation of the local hospital. UICN believes it is in everyone's best interest that the Court approve the trustee's proposed amended plan.

///

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

25.    **Exhibit 2** is a true and correct copy of email correspondence between myself and Pam Webster.

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct and was executed this 6th day of August, 2013.

*Wendolyn SW Barnett*

Wendolyn S.W. Barnett

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

11

# EXHIBIT 1

# EXHIBIT 1

**UTILITIES, INC. OF CENTRAL NEVADA -- INTEGRATED RESOURCE PLAN AMENDMENT**
(JUNE 27, 2013)
-----------------------------------------------------------------

➢ **Introductions**

➢ **Objectives for the proposed amendment to the UICN 2011 IRP**
  - ✓ Enable UICN to gain ownership of a permanent effluent disposal site
  - ✓ Address concerns regarding historical maintenance deficiencies at the site
  - ✓ Respond to interests of neighboring property owners and the general community
  - ✓ Opportunity to work cooperatively with County to address community concerns

➢ **Alternatives utilizing existing site**
  - ✓ Option #1: decommission the two existing overflow ponds, and remediate the existing receiving pond and create a second receiving pond
  - ✓ Option #2: construct an above-ground storage tank and decommission all three existing ponds
  - ✓ Option #3: remediate all three of the existing ponds (both the receiving pond as well as the two existing overflow ponds)
  - ✓ Permitting

➢ **Other possible effluent disposal alternatives**
  - ✓ UICN 2011 IRP
  - ✓ Community Perception

➢ **Major project components**
  - ✓ Ponds (rehabilitate)
  - ✓ Wells (existing irrigation)
  - ✓ Pump houses (remodel)
  - ✓ Land Cleanup

➢ **On-going costs**
  - ✓ Easement Agreement with County overview
  - ✓ O&M

➢ **Water Conservation Plan**
  No impact to the current Water Conservation Plan

➢ **Funding Plan**

## UTILITIES, INC. OF CENTRAL NEVADA -- INTEGRATED RESOURCE PLAN AMENDMENT
(JUNE 27, 2013)
--------------------------------------------------------------

➢ **Next full IRP due March 2014**
- ✓ Revisit growth forecasts
- ✓ Evaluate other possible sewer system enhancements

➢ **Conclusion – questions and answers**



Figure 1 – Existing Overall Plan



EXISTING ENLARGED SITE PLAN | UICN Plant 3 and Willow Creek Golf Course

- Total existing storage capacity estimated to be 2,127,820 gallons (per Kevin Tucker Design Group, Drawing C-4 of Phase Three Interim Solution Plans dated August 29, 2012).

**Legend**

| | |
|---|---|
| 🟧 | Permanent County Park Easement |
| 🟦 | Lien Holder |
| ⬜ | UICN |
| 🟩 | WWTP |

Figure 2 – Existing Enlarged Site Plan



Figure 3 – Enlarged Site Plan Option #1



Figure 4 – Enlarged Site Plan – Option #2



Figure 3 – Enlarged Site Plan Option #3



ANALYSIS OF OPTIONS | UICN Plant 3 and Willow Creek Golf Course

| Option | Advantages | Disadvantages | Preliminary Opinion of Construction Costs | Operating Costs |
|--------|-----------|---------------|-------------------------------------------|-----------------|
| 1. New Storage Pond, Remediate PER, Abandon OR#1 and OR#2 | • Least complex construction<br>• Opens space for other use through abandonment of OR#1 and OR#2<br>• Aesthetically pleasing | | In progress | In progress |
| 2. New Storage Tank, Abandon PER, OR#1 and OR#2 | • Reduced maintenance (eliminates pond maintenance) | • Highest construction cost<br>• Least aesthetic alternative | In progress | In progress |
| 3. Remediate Ponds in Place | • Complicated construction | • Least optimal use of space | | |
| UICN Land Remediation | NA | NA | In progress | In progress |

Table 3 – Analysis of Options

UTILITIES, INC. OF CENTRAL NEVADA — INTEGRATED RESOURCE PLAN AMENDMENT

(JUNE 27, 2013)

| NAME | AGENCY |
|---|---|
| Terry Redmon | UICN |
| Bill McKean | UICN |
| Dave Norris | BCP |
| Peter Kostes | PUCN |
| Chris Sewell | PUCN |
| Adam Roney | PUCN |
| Lindy Turiczek | PUCN |
| Pam Ganger | PUCN |
| Eddy Quaglieni | PUCN |
| Sam Crano | PUCN |
| Manny Lopez | PUCN |
| Paul Mezure | PUCN |
| Eyo Borui | PUCN Staff |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

UTILITIES, INC. OF CENTRAL NEVADA — INTEGRATED RESOURCE PLAN AMENDMENT

(JUNE 27, 2013)

| NAME | AGENCY |
|---|---|
| Wendy Barnett | UICN |
| TERESA VALENTINE | VALENTINE ENGINEERS. |
| Jordan Pinjuv | PUCN |
| Tammy Cordova | PUCN |
| Anne-Marie Cuneo | PUCN |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

# EXHIBIT 2

# EXHIBIT 2

**From:**          Wendy Barnett
**Sent:**          Monday, April 01, 2013 9:15 AM
**To:**            'Pamela Webster'
**Subject:**       When are we meeting?

I'm in Carson City leaving Tuesday and coming back Thursday this week.

Wendy Barnett
Regional Director, West
Utilities, Inc.
Office:  775.727.5575 Ext 1210
Cell:  775.253.0422

**From:**          Wendy Barnett
**Sent:**          Friday, April 05, 2013 8:26 AM
**To:**           'Pamela Webster'
**Subject:**      Meeting Today

How about the 4:15 pm at Who's Dunes?  It is where I can think of that is semi private in the middle of town since we live opposite directions.  If you have another suggestion, I'm fine with it.  Wendy

Wendy Barnett
Regional Director, West
Utilities, Inc.
Office:  775.727.5575 Ext 1210
Cell:  775.253.0422

**From:**         Wendy Barnett
**Sent:**         Monday, June 03, 2013 2:33 PM
**To:**           'Pamela Webster'
**Subject:**      Call

I left a voicemail message with Liz asking for you to call.  I wanted to talk with you very briefly about Willow Creek.  I'm hoping you can squeeze me in so that I can confirm with you what we are doing.  I don't want to have to go back to bankruptcy Wednesday.  Thanks, Wendy

Wendy Barnett
Regional Director, West
Utilities, Inc.
Office:  775.727.5575 Ext 1210
Cell:  775.253.0422

| From: | Pamela Webster [pwebster@co.nye.nv.us] |
|---|---|
| Sent: | Monday, June 03, 2013 3:31 PM |
| To: | Wendy Barnett |
| Subject: | RE: Call |

On conference call.  Should be done by 4.  I can call then.

**PAM WEBSTER**
Nye County Manager
2100 E. Walt Williams Drive, STE 100, Pahrump, NV 89048
(775) 482-8138 (T) - (775) 751-4269 (P) -(775) 513-9266 (c)
Fax (775) 482-8198 (T) - (775) 751-7093 (P)
pwebster@co.nye.nv.us

This communication is for use by the intended recipient and contains information that may be privileged, confidential or copyrighted under applicable law.  Should the intended recipient of this electronic communication be a member of a public body within the State of Nevada be aware that it is a violation of the Nevada Open Meeting Law (NRS Chapter 241) to use electronic communications to circumvent the spirit or letter of the Open Meeting Law to act, outside of an open and public meeting, upon a matter over which the public body has supervision, control, jurisdiction or advisory powers. If you are not the intended recipient, you are hereby formally notified that any use, copying or distribution of this e-mail, in whole or in part, is strictly prohibited.  Please notify the sender by return e-mail and delete this e-mail from your system.  Unless explicitly and conspicuously designated as "E-Contract Intended," this email does not constitute a contract offer, a contract amendment, or an acceptance of a counteroffer.  This email does not constitute consent to the use of sender's contact information for direct marketing purposes or for transfers of data to third parties

**From:** Wendy Barnett [mailto:WSBarnett@uiwater.com]
**Sent:** Monday, June 03, 2013 2:33 PM
**To:** Pamela Webster
**Subject:** Call

I left a voicemail message with Liz asking for you to call.  I wanted to talk with you very briefly about Willow Creek.  I'm hoping you can squeeze me in so that I can confirm with you what we are doing.  I don't want to have to go back to bankruptcy Wednesday.  Thanks, Wendy

Wendy Barnett
Regional Director, West
Utilities, Inc.
Office:  775.727.5575 Ext 1210
Cell:  775.253.0422

**From:** Wendy Barnett
**Sent:** Friday, June 07, 2013 10:34 AM
**To:** 'Pamela Webster'
**Subject:** meeting

Pam, I spoke with Laura and she can be available early (7:30 or 8:00) on either Wednesday or Thursday morning if Brian wants to attend.  Just let us know at your earliest convenience.  Thanks, Wendy

Wendy Barnett
Regional Director, West
Utilities, Inc.
Office:  775.727.5575 Ext 1210
Cell:  775.253.0422

**From:**          Wendy Barnett
**Sent:**          Tuesday, June 11, 2013 7:20 AM
**To:**            'Pamela Webster'
**Cc:**            'Laura Granier'; John Stover; Brian Kunzi (bkunzi@co.nye.nv.us); Rick Durham;
                   'Lewis Lacy'
**Subject:**       UICN / Nye County Easement Agreement

Pam, I'm confused as to what the issue is with water rights so that we can complete the easement agreement. The water rights are appurtenant to the land. Perhaps the way to get this knocked out is to have a meeting with the attorneys Wednesday morning at 7:30 am. I can ask the engineer to join us at 8:00 to address the IRP amendment and operations. That way Brian and Laura can decide if they want to hang on the call or go onto other items on their plate. I'm not sitting on my email on vacation; but, please, feel free to call me. Let me know if you would like for me to set a meeting for tomorrow morning. (It is my understanding that the parties are available Thursday morning as well. I'm just anxious to figure out what the issue is, get it resolved and keep moving forwards towards the goal.) Thank you, Wendy

Wendy

Wendy Barnett
Regional Director, West
Utilities, Inc.
Office: 775.727.5575 Ext 1210
Cell: 775.253.0422