Laura K. Granier, NBN 7357
*lgranier@lionelsawyer.com*
Ryan A. Andersen, NBN 12321
*randersen@lionelsawyer.com*
**LIONEL SAWYER & COLLINS**
1100 Bank of America Plaza
50 West Liberty Street
Reno, Nevada 89501
Telephone: 702-788-8666
Facsimile: 702-788-8682

*Attorneys for Utilities, Inc. of Central Nevada*

**Electronically Filed: August 20, 2013**

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>CALDERA P&G,<br><br>Debtor. | Case No.: 12-22484-LBR<br>Chapter 11<br><br>**DECLARATION OF TERESA VALENTINE**<br><br>Hearing Date:   August 21, 2013<br>Hearing Time:   2:00 PM<br>Courtroom:   1 |

TERESA VALENTINE, being first duly sworn under oath, deposes and says:

1.    I make this declaration in support of the Trustee's Motion to Modify Plan.   The matters set forth in this declaration are based on my own personal knowledge.   If called upon to testify, I am competent to testify as to the matters set forth herein.

2.    I am the Managing Principal of Valentine Engineers, located at 15845 South 46th Street, Suite 144, Phoenix, Arizona 85048.   I was retained by UICN to consult on the necessary remediation at the Willow Creek Property.

3.    I have visited the effluent receiving and overflow ponds at the Willow Creek Property three times in the past few months.   During these visits I have observed the ponds to be in continued disrepair.   The pond liners are torn, the ponds are laden with debris and there

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

appears to be little to no maintenance of the ponds. As a result of the continued disrepair of the liner and lack of pond maintenance, the ponds are, and will continue to, experiencing further decline.

4.     I have further discovered during my recent visits and discussions with local individuals, that people and pets have been seen in the ponds. Access to the ponds should be restricted immediately as the ponds have and continue to pose a health and safety risk to the community.

I declare under penalty of perjury under the laws of the State of Arizona that the foregoing is true and correct and was executed this 20th day of August, 2013.

_____

Teresa Valentine, Ph.D., PE

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

2