ROBERT E. ATKINSON, ESQ., Bar No. 9958
Email: robert@nv-lawfirm.com
ROBERT E. OPDYKE, ESQ., Bar No. 12841
**KUPPERLIN LAW GROUP, LLC**
8965 S Eastern Ave, Suite 260
Las Vegas, NV 89123
Telephone: (702) 614-0600
Facsimile: (702) 614-0647
*Attorney for Joseph B. Atkins, Trustee*

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>CALDERA P & G,<br><br>Debtor. | Case No. 12-22484-led<br>Chapter 11<br><br>**DECLARATION OF KENNETH A. SELTZER REGARDING TRUSTEE'S MOTION FOR DISTRIBUTION** |

I, Kenneth A. Seltzer., hereby declare as follows:

1. I am over the age of 18 and have personal knowledge of the facts stated herein.

2. I was retained as an accountant for the bankruptcy estate, and am an administrative claimant in the bankruptcy case of CALDERA P & G.

3. I make this Declaration with respect to the TRUSTEE'S MOTION FOR DISTRIBUTION OF ALL ESTATE FUNDS (DE #272) (the "*Motion*").

4. I have reviewed the Motion and the distribution proposed therein.

5. I expressly agree to the treatment of my administrative claim in this case and the distribution as proposed in the Motion.

# # # # #

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge, information, and belief.

DATED 10/24/14

KENNETH A. SELTZER